AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Jordan Berk | ) Case: 1:24-mj-00085<br>) Assigned To : Judge Robin M. Meriweather<br>) Assign. Date : 3/4/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Jordan Berk                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Entering and remaining and disorderly conduct in a restricted building or
grounds;
40 U.S.C. § 5104(e)(2)(D) and (G) - Parading, picking, and demonstrating and disorderly conduct in a Capitol
building.

Date:      03/04/2024                    

2024.03.04
12:34:45 -05'00'
*Issuing officer's signature*

City and state:        Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)*   03/04/2024   , and the person was arrested on *(date)*   03/08/2024 | | |
| at *(city and state)*   San Diego, California   . | | |
| Date: 03/08/2024 | ███████████████████<br>*Arresting officer's signature* | |
| | ███████████████████<br>*Printed name and title* | |