UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 24-CR-264 (RC) |
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION FOR MR. |
| v. | ) | BERK'S WAIVER OF PHYSICAL |
| | ) | PRESENCE AND REQUEST FOR |
| JORDAN BERK, | ) | VIDEOCONFERENCE HEARING FOR |
| | ) | PLEA AGREEMENT HEARING |
| Defendant. | ) | |

I, Jordan Berk, the Defendant in this case, request this Court hold my plea agreement hearing on June 27, 2024, at 12 pm EST, via videoconference. I understand that I have the right to be physically present for this hearing. I also understand that under Federal Rule of Criminal Procedure 43(b)(2), the Court may permit the plea agreement hearing to be held via videoconference with my written consent. I hereby knowingly and voluntarily waive my physical presence at my plea agreement hearing and consent to this hearing being held via videoconference.

DATED this 14 day of June 2024.

_____
Jordan Berk, Defendant

(*United States v. Berk*, 24-CR-264 (RC)) - 1

**FEDERAL DEFENDERS OF SAN DIEGO INC.**
**225 Broadway, Suite 900**
**San Diego, CA 92101**
**(619) 234-8467**