**JESUS MOSQUEDA**
California State Bar No. 302985
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Jesus_Mosqueda@fd.org

Attorneys for Mr. Berk

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN BERK,<br><br>Defendant. | CASE NO.:  1:24-CR-0264-RC<br><br>Hon. Rudolph Contreras<br>Date: November 15, 2024<br>Time: 10:00 a.m.<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |
|---|---|

Good cause appearing therefor, Jesus Mosqueda, and Federal Defenders of San Diego, Inc., counsel for Jordan Berk with no opposition from the Assistant United States Attorney, Anthony William Mariano or the assigned Probation Officer Haley Spicer, that the Sentencing Hearing currently scheduled for November 15, 2024, at 10:00 a.m. to **December 13, 2024, at 9:30 a.m.** The new date is confirmed to be acceptable with court staff.

A continuance is necessary as defense counsel needs additional time to review the presentence report with Mr. Berk, file potential presentence report objections, and submit final sentencing memorandums.

///

///

///

///

All parties agree that any objections to the presentence report will be due November 11, 2024, the final presentence report will be due November 29, 2024, and all sentencing documents shall be due December 6, 2024.

**SO STIPULATED**

Dated: <u>November 1, 2024</u>

Respectfully submitted,

<u>*s/ Jesus Mosqueda*</u>
Federal Defenders of San Diego, Inc.
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN BERK,<br><br>Defendant. | CASE NO.:   1:24-CR-0264-RC<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently set for November 15, 2024, at 10:00 a.m. be continued to December 13, 2024, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: _____

_____
**Hon. Rudolph Contreras**
United States District Court Judge