# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 24-CR-0264 (RC) |
| v. | Hon. Rudolph Contreras |
| JORDAN BERK, | SENTENCING MEMORANDUM ON BEHALF OF MR. BERK |
| Defendant. | |

**Please take notice** of this memorandum on behalf of Jordan Berk in support of his request for a sentence of **1 year of unsupervised probation**.


(Mr. Berk and his mother at birth)


(Mr. Berk as a child)

I.  **Jordan Berk**



(Jordan (right) with his younger sibling)

Jordan Scott Gaynor Berk, was born on October 16, 1981, to Stanley and Rory Berk (née Gaynor). His father, a retired attorney now in his early 70s, splits his time between Reno, Nevada, and Florida. Tragically, Jordan's mother, a dedicated professional in higher education, passed away in 2015 at the age of 62 after battling breast cancer.

Jordan's childhood in West Los Angeles was a typical suburban upbringing. He played sports, and did well with music and school in general. Growing up, his family moved frequently within the area, each relocation driven by the need for more space for a growing family.

While his life may have been free from neglect or abuse, he has battled anxiety all of his life. He has participated in mental health therapy throughout his life and is currently working with a

psychologist to help him during this stressful time. He understands that therapy is more helpful than just smoking marijuana, which he used to do whenever he felt anxious or depressed.

 

(Mr. Berk with his father (left) and mother (right))

## II.     The Offense

Mr. Berk's involvement inside the U.S. Capitol building on January 6, 2021, lasted a total of 9 minutes. He entered the U.S. Capitol building through the Senate Wing Door at 3:07 p.m. EST. Once inside, he proceeded south toward the Crypt, pausing briefly in an office located off the hallway leading to his destination. By approximately 3:16 p.m. EST, Mr. Berk exited the building through the same Senate Wing Door. That's it.

## III.     The Guidelines

Mr. Berk's Requested Guidelines are as follows:

| | | |
|---|---|---|
| Base offense level: | 4 | U.S.S.G § 2B2.3 |
| Restricted Building/Grounds: | +2 | U.S.S.G § 2B2.3(b)(1)(A) |
| Acceptance of responsibility: | -2 | U.S.S.G. § 3E1.1(a) |
| Zero Point Offender: | -2 | U.S.S.G. § 4C1.1(a) |
| Final adjusted offense level: | 2 | |
| Criminal History Score: | 0 | |
| Criminal History Category: | I | |
| Resulting Guidelines range: | 0-6 months (Zone A) | |

 

(Mr. Berk with his grandparents)

### IV. A 1-year unsupervised probationary sentence will be sufficient but not greater than necessary to achieve the sentencing goals listed in 18 U.S.C. § 3553(a).

The goals of sentencing may best be achieved by a limited custodial sentence in this case. Federal sentences are intended to (A) provide just punishment for the offense, (B) deter the defendant and others from committing the offense, (C) protect the public, and (D) rehabilitate the defendant. *See* 18 U.S.C. 6§ 3553(a)(2). Mr. Berk's aberrant behavior and the expeditious resolution of his case should be at the forefront of this Court's analysis when deciding the appropriate custodial sentence.

1) **Aberrant Behavior**

Mr. Berk's behavior, in this case, was incredibly uncharacteristic. This is Mr. Berk's first ever contact with the criminal justice system.

2) **Expeditious Resolution**

After Mr. Berk was arrested, he immediately cooperated with law enforcement and accepted responsibility for his actions. He is waiving his appellate rights as part of the plea agreement as well.

 

(Mr. Berk as a child)

### V.  Conclusion

The Court should impose a one-year unsupervised probationary sentence. Mr. Berk hopes to remove himself from the circumstances that led to the offense and to move forward with his life.

Respectfully submitted,

Dated: December 13, 2024

*s/ Jesus Mosqueda*

**JESUS MOSQUEDA**
California State Bar No. 302985
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jesus_Mosqueda@fd.org